NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PSC VSMPO-AVISMA CORPORATION AND VSMPO-TIRUS, U.S., INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**US MAGNESIUM LLC,**
*Defendant-Appellee.*

---

2012-1076

---

Appeal from the United States Court of International Trade in case no. 09-CV-0349, Judge Jane A. Restani.

---

## ORDER

Upon consideration of the parties' submissions regarding the effect of *PSC VSMPO-AVISMA v. United States*, 688 F.3d 751 (Fed. Cir. 2012), on this appeal,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the appeal shall be scheduled for oral argument in the ordinary course.

(2) The parties are to inform the court of any potential scheduling conflicts within 14 days of the date of this order.

(3) The parties' letters dated October 9, 2012, will be transmitted to the merits panel assigned to the appeal.

FOR THE COURT

NOV 26 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John M. Gurley, Esq.
     Stephen A. Jones, Esq.
     Renee A. Gerber, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 26 2012

JAN HORBALY
CLERK